# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

KENNETH W. BRUEMMER, on his own
behalf and others similarly situated,

                        Plaintiff,

-vs-                                                    Case No.  6:05-cv-398-Orl-KRS

ALRO METALS SERVICE CENTER
CORP.,

                        Defendant.
_____

## ORDER

       This cause came on for consideration without oral argument on the following motion filed

herein:

| | |
|---|---|
| **MOTION:** | **JOINT MOTION TO REVIEW . . . SETTLEMENT AGREEMENT (Doc. No. 17)** |
| **FILED:** | **August 4, 2005** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

       After the Court denied the motion to review the parties' settlement agreement *in camera*,

counsel for the Defendant filed the settlement agreement.  Accordingly, I reopen the motion to review

the settlement agreement *sua sponte*, even though a motion for review of the filed settlement

agreement has not been submitted.

       The settlement agreement in its current form cannot be approved because it provides, among

other things, that "[t]his Agreement shall not be filed with any court."  Doc. No. 20 at 6. The Court

has not declared the agreement to be illegal or unenforceable, which are the requirements to trigger the severability clause in paragraph 11 of the agreement.

Further, this case was nominally brought as a class action.  While it likely is proper for a plaintiff to enter into an individual settlement of the action before a class is certified, because of the public policy provisions underlying the Fair Labor Standards Act, the Court requests that counsel address the propriety of abandonment of a putative class action as part of a settlement with the named plaintiff.

In support of any subsequent motion to approve a settlement agreement in this case, the parties may alleviate the need for a hearing by setting forth the amount of money claimed by the plaintiff, the defendant's good faith defenses to the claim, and the reason that the plaintiff agreed to accept less than the full amount alleged to be due and owing.

**DONE** and **ORDERED** in Orlando, Florida on August 22, 2005.

*Karla R. Spaulding*

KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties

-2-