# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KENNETH W. BRUEMMER, on his own behalf and others similarly situated,**

**Plaintiff,**

-vs-                                                                                    Case No. 6:05-cv-398-Orl-KRS

**ALRO METALS SERVICE CENTER CORP.,**

**Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AS STIPULATED FINAL JUDGMENT (Doc. No. 22)**
>
> **FILED:** September 2, 2005
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

After reviewing the Settlement Agreement and General Release submitted by the parties (doc. no. 22, Attach. 1), I find that it "is a fair and reasonable resolution of a bona fide dispute over [Fair Labor Standards Act (FLSA), 29 U.S.C. § 201 *et seq.*,] provisions." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982). Consequently, the Settlement Agreement and General Release submitted by the parties is hereby Approved.

The Clerk of Court is directed to enter a final judgment dismissing this matter as to Kenneth W. Bruemmer, individually, with prejudice, pursuant to the agreement of the parties.

**DONE** and **ORDERED** in Orlando, Florida on September 9, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties